IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA, ex rel. STEVE GREENFIELD,
        Plaintiff-Appellant,

v.

MEDCO HEALTH SOLUTIONS, INC., et al.
        Defendants-Appellees,

No. 17-1152

**MOTION OF THE UNITED STATES
FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Amicus curiae United States of America respectfully moves for leave to participate in oral argument in this appeal, which is currently scheduled for Thursday, September 28, 2017. The United States requests that it be allotted one-third of the time that would be allotted to plaintiff-appellant.

**1.** This is a *qui tam* action under the False Claims Act (FCA), 31 U.S.C. § 3729 *et seq.* A former vice president of a medical service provider contends that his former company and related defendants paid kickbacks to two charities in order to induce the charities to refer patients to defendants and to recommend that patients use defendants' services. The district court granted defendants' motion for summary judgment on the ground that, even assuming plaintiff-appellant had shown a violation of the Anti-Kickback Statute, (AKS) 42 U.S.C. § 1320a-7b(b), he had not shown that the kickbacks caused the charities' referrals and recommendations, or that those referrals and

recommendations caused the patients' decisions to use defendants' services. As explained in the amicus brief for the United States, a claim that seeks payment for medical care that was not rendered in compliance with the AKS is "false" within the meaning of the FCA, and the district court erred to the extent that it required plaintiff-appellant to show that the kickbacks caused the relevant medical decisions. The United States took no position on the adequacy of plaintiff-appellant's factual showings on summary judgment, and thus filed its brief in support of neither party.

**2.** The United States respectfully moves to participate in oral argument because of its interest in the correct resolution of this appeal. Because the FCA "is the government's primary litigative tool for the recovery of losses sustained as the result of fraud against the government," *Avco Corp. v. U.S. Dep't of Justice*, 884 F.2d 621, 622 (D.C. Cir. 1989), the United States has a strong interest in ensuring that the statute is properly interpreted and applied.

**3.** This Court scheduled oral argument for Thursday, September 28, 2017, but has not yet determined the amount of time allotted to each party for oral argument. Accordingly, the United States respectfully requests that it be provided one-third of the time that would be allotted to plaintiff-appellant for oral argument.

**4.** Plaintiff-appellant consents to the government's request for one-third of the time that would be allotted to plaintiff-appellant for oral argument. Defendants-appellees do not oppose the government's request.

## CONCLUSION

For the foregoing reasons, the United States' motion for leave to participate in oral argument should be granted, and counsel for the United States should be allotted one-third of the time that would be allotted to plaintiff-appellant for oral argument.

Respectfully submitted,

MICHAEL S. RAAB
CHARLES W. SCARBOROUGH

/s/ Katherine Twomey Allen
KATHERINE TWOMEY ALLEN
  (202) 514-5048
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW, Rm. 7325*
  *Washington, DC 20530*

*Counsel for the United States*

AUGUST 2017

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2). This motion contains 441 words.

*s/ Katherine Twomey Allen*
Katherine Twomey Allen

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Katherine Twomey Allen*
KATHERINE TWOMEY ALLEN