# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-1152**

**USA ex rel Greenfield** vs. **Medco Health Solutions, Inc.**

Calendar Date **9/27/17**   Location **Philadelphia, PA**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **Katherine Twomey Allen**

Designation of Arguing Counsel: **Katherine Twomey Allen**

Member of the Bar:   ☐ Yes   ☑ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☑ Amicus Curiae

Please list the name of the lead party being represented:

**United States of America**

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Katherine Twomey Allen
KATHERINE TWOMEY ALLEN